### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| CHRIS SEVIER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0450 |
| | ) | Judge Trauger |
| FRANK MCGUYER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **O R D E R**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED.**

ENTER this 18th day of May 2011.

_____
ALETA A. TRAUGER
U.S. District Judge