UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHRIS SEVIER, SEVERE RECORDS     ]
LLC, and JOHN SEVIER             ]
    Plaintiffs,                  ]
                                 ]
v.                               ]     No. 3:11-0450
                                 ]     Judge Campbell
FRANK McGUYER, et al.            ]
    Defendants.                  ]

## O R D E R

The Court has before it a *pro se* civil complaint (Docket Entry No.1) under 42 U.S.C. § 1983 and an application to proceed in forma pauperis (Docket Entry No.2).

This action is being brought by Chris Sevier, a resident of Nashville; his minor son, John Sevier; and Severe Records LLC. Only individual persons, and not artificial entities, such as Severe Records LLC, may proceed in forma pauperis. Rowland v. California Mens Colony, Unit II Mens' Advisory Council, 506 U.S. 194,201-04 (1993). Therefore, the plaintiffs' joint application to proceed in forma pauperis is DENIED.

The Court hereby GRANTS the plaintiffs thirty (30) days from the date of entry of this order on the docket in which to pay the full filing fee of three hundred fifty dollars ($350). The plaintiffs are forewarned that, should they fail to comply with these instructions in a timely manner, this action will be

dismissed for failure to comply and for want of prosecution. Rule 41(b), Fed.R.Civ.P.; Sperow v. Melvin, 153 F.3d 780,781 (7th Cir.1998).

Also before the Court is the plaintiffs' Motion to Consolidate (Docket Entry No.6). Until the question of the filing fee has been resolved, the plaintiffs' Motion is premature. For that reason, the Motion to Consolidate is hereby DENIED.

It is so ORDERED.

_____
Todd Campbell
United States District Judge