```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION



CHRIS SEVIER, SEVERE RECORDS    ]
LLC, and JOHN SEVIER            ]
     Plaintiffs,                ]
                                ]
v.                              ]      No. 3:11-0450
                                ]      Judge Campbell
FRANK McGUYER, et al.           ]
     Defendants.                ]
```

**O R D E R**

On May 19, 2011, an order (Docket Entry No.8) was entered denying the plaintiffs' joint application (Docket Entry No.2) to proceed in forma pauperis. The plaintiffs were granted thirty (30) days in which to submit the fee ($350) required to file their *pro se* complaint (Docket Entry No.1). At that time, they were forewarned that, should they fail to comply with these instructions within the specified period of time, this action would be dismissed for failure to comply and for want of prosecution.

The thirty day period has long since expired and the plaintiffs have not yet complied with the instructions of the Court by paying the filing fee.

Accordingly, this action is hereby DISMISSED for failure to comply with the instructions of the Court and for want of prosecution. Rule 41(b), Fed. R. Civ. P.

The plaintiffs have pending a "Motion to Nonsuit Contingent on

Denial of the Fee Request in the Other Pending Case Before the Court" (Docket Entry No.14). This motion has been rendered MOOT by the plaintiffs' failure to pay the filing fee. Therefore, plaintiffs' motion is DENIED for that reason.

It is so ORDERED.

_____
Todd Campbell
United States District Judge